**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**BARMASTERS, LLC,**

**CASE NO. 6:25-bk-07727-LVV**
**CHAPTER 11**

*Subchapter V Election*

    **Debtor.**
_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

    **BARMASTERS, LLC** ("Debtor," "Barmasters" or the "Company"), by and through its undersigned counsel, and pursuant to Local Rule 2081-1(b), hereby files its *Chapter 11 Case Management Summary* addressing all areas of information applicable to its operation, and states as follows:

    On November 26, 2025 (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the Untied States Code (the "Bankruptcy Code").

    Debtor continues to operate its business and manage its assets as a debtor-in-possession in accordance with its duties and responsibilities under the Bankruptcy Code and intends to proceed with the reorganization of its financial affairs in accordance with all applicable provisions of the Bankruptcy Code and the Local Rules of the United States Bankruptcy Court in and for the Middle District of Florida.

**I.**    **Description of the Debtor's Business and Reasons for Filing Bankruptcy**

    Barmasters is a Florida limited liability company organized in 2018 which maintains its principal place of business at 2453 Westhorpe Drive, Malabar, Florida 32950. The Debtor provides bartending services throughout the United States for private events on an as-needed basis via reservation through the Company's online quote and scheduling platform. Barmasters is managed by Dylan Forsythe who is the guiding force behind the Debtor's operations. Additional information

concerning the Debtor's services and operations can be found at www.barmastersmobilebartending.com.

In 2024, Barmasters carried out a rapid expansion plan requiring the build-out of its online platform. The plan ultimately was a success, resulting in year-over-year revenue growth of over 250%. Unfortunately, the repayment terms associated with certain short-term loans the Company obtained to facilitate its expansion plan became quite onerous. With its cash flow suffocated by daily and weekly withdrawals by creditors, Barmasters elected to utilize the Chapter 11 process to address its debt obligations for the benefit of its creditors and estate.

**II.** **Annual Gross Revenue Performance**

    (i)    2023 - $581,000.000

    (ii)    2024 - $2,069,000.00

    (iii)    2025 (YTD) - $2,300,000.00

**III.** **Ownership Interests in Debtor**

Ownership interests in the Debtor are held 100% by Dylan Forsythe. Mr. Mercer receives a salary of $1,500.00 per week and a car allowance (for (2) cars) of $4,000.00 per month for his role as managing member of the Company.

**IV.** **Amounts Owed to Various Classes of Creditors**

As of the Petition Date, Debtor believes there is approximately over $1,577,454 owed to the SBA in connection with long-term business loan; approximately $590,000 owed on account of short-term business loans; and $54,000.00 owed to credit card companies.

**V.** **General Description Debtor's Assets**

Debtor's assets mainly consist of cash on hand ($30,000.00), accounts receivable of $285,259.00, and bartending equipment valued at $10,000.00 which assets have not been formerly appraised.

VI. **Number of Employees and Amounts Owed**

As of the Petition Date, the Debtor operates with (10) W-2 employees and over a thousand 1099 independent contractors who are employed on an as-needed basis. The Company's W-2 payroll amounts to $40,000.00 per month, with payroll to 1099 independent contractors varying depending on how many events are staffed within a given payroll period.

VII. **Anticipated Emergency Relief to be requested within 14 days from the Petition Date**

Within the first two-weeks of this case, Debtor anticipates requesting the following forms of relief:

- *Motion for Authorization to Use Cash Collateral*
- *Motion to Pay Officer Affiliate Salaries*
- *Motion for Authorization to Pay Pre-Petition Non-Insider Wages*

**RESPECTFULLY SUBMITTED** this 26th day of November 2025.

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for the Debtor*

3

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

                                                   **CASE NO. 6:25-bk-07727-LVV**

**BARMASTERS, LLC,**                  **CHAPTER 11**

                                                   *Subchapter V Election*

       **Debtor.**
_____/

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true copy of the **CHAPTER 11 CASE MANAGEMENT SUMMARY**, has been furnished either electronically and/or by U.S. First Class, postage prepaid overnight mail to: **Barmasters, LLC**, 2453 Westhorpe Drive, Malabar, Florida 32950; the parties entitled to receive CM/ECF noticing; the secured and the twenty largest unsecured creditors as shown on the matrix attached to the original of this motion filed with the Court; and **Office of the United States Trustee**, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801; this 26th day of November 2025.

                                                  /s/ Daniel A. Velasquez
                                                   Daniel A. Velasquez, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:25-bk-07727-LVV<br>Middle District of Florida<br>Orlando<br>Wed Nov 26 15:37:43 EST 2025 | Barmasters LLC<br>2453 Westhorpe Dr<br>Malabar, FL 32950-7004 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Brevard County Tax Collector<br>Attn: Honorable Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville FL 32781-2500 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>PO Box 659409<br>San Antonio, TX 78265 |
| Dylan Forsythe<br>2453 Westhorpe Dr.<br>Malabar, FL 32950-7004 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Paypal<br>409 Silverside Road<br>Ste. 105<br>Wilmington, DE 19809-1771 | US Bank<br>1310 Madrid St.<br>Marshall, MN 56258-4003 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Daniel A Velasquez +<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Ste. 1400<br>Orlando, FL 32801-3483 | Lori V. Vaughan +<br>Orlando<br>, FL | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 982234<br>El Paso, TX 79998-2234 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |